IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY R. G. TURNER, | ) | No. C 13-4044 JSW (PR) |
| Plaintiff, | ) ) | **ORDER OF TRANSFER** |
| v. | ) ) | |
| CONNIE GIBSON, | ) ) | **(Docket No. 5)** |
| Defendants. | ) ) | |
| _____ | ) | |

     Plaintiff, a California prisoner, filed this pro se civil rights complaint under 42 U.S.C. § 1983, complaining about conditions at the California State Prison in Corcoran, California ("Corcoran"), where he was incarcerated.

     When, as here, jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a). Venue may be raised by the court *sua sponte* where the defendant has not yet filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks,* 790 F.2d 1486, 1488 (9th Cir. 1986).

     Plaintiff's claims arise from events that took place at Corcoran, and he sues

defendants located there. Corcoran lies within the venue of the United States District Court for the Eastern District of California. Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California. Ruling on Plaintiff's motion (dkt. 3) is deferred to the Eastern District.

The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: October 1, 2013

JEFFREY S. WHITE
United States District Judge

```
 1                    UNITED STATES DISTRICT COURT
 2                              FOR THE
 3                    NORTHERN DISTRICT OF CALIFORNIA
 4
 5
 6  ANTHONY R TURNER,                    Case Number: CV13-04044 JSW
            Plaintiff,
 7                                       CERTIFICATE OF SERVICE
         v.
 8
    CONNIE GIBSON et al,
 9
            Defendant.
10  _____/
11
    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
12  Court, Northern District of California.

13  That on October 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
14  said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
    receptacle located in the Clerk's office.
15
16
17  Anthony Recardo G. Turner
    #G27511
18  P.O.Box 3461
    Corcoran, CA 93212
19
    Dated: October 1, 2013            Jennifer Ottolini
20                                    Richard W. Wieking, Clerk
                                      By: Jennifer Ottolini, Deputy Clerk
21
22
23
24
25
26
27
28
```